UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-CV-82131-DMM

HOWARD COHAN,

    Plaintiff,

vs.

JAMES KING, INC.
a Florida Profit Corporation
d/b/a ICHIYAMI BUFFET & SUSHI

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, JAMES KING, INC., a Florida Profit Corporation, d/b/a ICHIYAMI BUFFET & SUSHI, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within ten (10) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 16, 2021.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ Wayne H. Schwartz**
Wayne H. Schwartz
Florida Bar No. 907390
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 981-9988
Email: schwartz@leeamlaw.com
Counsel for Defendant

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**