UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

                                        CASE NO.:  9:20-CV-82131-DMM

vs.

JAMES KING, INC.
a Florida Profit Corporation
d/b/a ICHIYAMI BUFFET & SUSHI

    Defendant(s).

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, JAMES KING, INC., a Florida Profit Corporation, d/b/a ICHIYAMI BUFFET & SUSHI, (the Parties), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against JAMES KING, INC., a Florida Profit Corporation, d/b/a ICHIYAMI BUFFET & SUSHI; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED February 24, 2021.

| | |
|---|---|
| **By: /s/ Gregory S. Sconzo** | **By: /s/ Wayne H. Schwartz** |
| Gregory S. Sconzo, Esq. | Wayne H. Schwartz |
| Florida Bar No.: 0105553 | Florida Bar No. 907390 |
| Sconzo Law Office, P.A. | Lee & Amtzis, P.L. |
| 3825 PGA Boulevard, Suite 207 | 5550 Glades Road, Suite 401 |
| Palm Beach Gardens, FL 33410 | Boca Raton, FL 33431 |
| Telephone: (561) 729-0940 | Telephone: (561) 981-9988 |
| Facsimile: (561) 491-9459 | Email: schwartz@leeamlaw.com |
| Email: greg@sconzolawoffice.com | Counsel for Defendant |
| Attorney for Plaintiff | |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  **/s/ Gregory S. Sconzo**
                                                  **Gregory S. Sconzo, Esq.**