UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82131-CV-MIDDLEBROOKS/Brannon

HOWARD COHAN,

    Plaintiff,

v.

JAMES KING, INC.,

    Defendant.
_____/

## AMENDED ORDER CLOSING CASE[1]

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), filed on February 24, 2021. (DE 10). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

---

[1] I am amending this Order pursuant to Defendant's Unopposed Motion to Modify Order Closing Case (DE 12) and my Paperless Order granting same. (DE 13). The only portion of the original Order Closing Case (DE 11) altered herein is paragraph three, which now indicates that I reserve jurisdiction for 25 instead of six months.

(3) The Court will retain jurisdiction for a period of twenty-five (25) months to enforce the terms of the Parties' settlement agreement.

**SIGNED** in Chambers in West Palm Beach, Florida, this 8th day of March, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record